United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30649
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY A. KELLOGG,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:03-CR-50054
---------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Counsel appointed for Anthony A. Kellogg has moved for leave to withdraw and has filed a brief and a supplemental brief pursuant to Anders v. California, 386 U.S. 738 (1967). Our independent review of the briefs, Kellogg's responses, and the record discloses no nonfrivolous issue for appeal. The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

CIR. R. 42.2. Kellogg's motion for "Judicial Review and Writ of Coram [N]obis" is DENIED AS MOOT.